UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.190.34.192,<br><br>      Defendant. | Civil Action No. 2:23-cv-04664-HG |

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 24.190.34.192 ("Defendant") through his counsel, Leonard French, Esq.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  October 13, 2023        Respectfully submitted,

                  By: /s/ *Jacqueline M. James*
                  Jacqueline M. James, Esq. (#1845)
                  The James Law Firm, PLLC
                  445 Hamilton Avenue, Suite 1102
                  White Plains, New York 10601
                  T: 914-358-6423
                  F: 914-358-6424
                  E-mail:  jjames@jacquelinejameslaw.com
                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jacqueline M. James*
　　　　Jacqueline M. James, Esq.